# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-15-00390-CV
_____

### IN RE THE STATE OF TEXAS

_____

### Original Proceeding
### County Court at Law No. 2 of Montgomery County, Texas
### Trial Cause No. 14-05-05339-CV

_____

### ORDER

The State of Texas filed a petition for writ of mandamus. The relator is the petitioner in an eminent domain proceeding in Cause No. 14-05-05339-CV, *State of Texas v. Harper & Manning Investment Properties, LLC*. Relator seeks a writ compelling the Honorable Claudia Laird, Judge of the County Court at Law No. 2 of Montgomery County, Texas, to vacate the trial court's Order Granting Motion to Compel and Order Denying the State's Motion for Protective Order, and to grant the State's Motion for Protective Order. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

1

Relator filed a motion to stay the challenged order. *See* Tex. R. App. P. 52.10(a). Relator alleges that prejudice will result if it is required to disclose information that Relator contends is protected by the consulting expert privilege before the issues raised in the petition for writ of mandamus can be resolved.

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's Order on Defendant's Motion to Compel and the State's Motion for Protective Order, signed September 11, 2015, in Cause No. 14-05-05339-CV, and any discovery, depositions, or production of documents compelled thereby, is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the Relator as a condition to any relief herein granted.

The response of the real party in interest, Harper & Manning Investment Properties, LLC, is due October 5, 2015.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED September 24, 2015.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.